**E-filed 8/17/06**

1 COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2 GRANT P. FONDO (181530) (gfondo@cooley.com)
MONIQUE R. SHERMAN (227494) (msherman@cooley.com)
3 Five Palo Alto Square
3000 El Camino Real
4 Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
5 Facsimile:    (650) 857-0663

6 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRAD BAZARGANI, Derivatively on Behalf of Nominal Defendant SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BING YEH, ISAO NOJIMA, DAVID SWEETMAN, YAW WEN HU, AMY YUEN, DEREK BEST, MICHAEL BRINER, PAUL LUI, TSUYOSHI TAIRA, YASUSHI CHIKAGAMI, RONALD CHWANG, and TERRY NICKERSON, <br><br> Defendants, <br><br> and <br><br> SILICON STORAGE TECHNOLOGY, INC., <br><br> Nominal Defendant. | Case No.  C06-04388 JF <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

This Stipulation is entered into by and among plaintiff, Behrad Bazargani ("Plaintiff"), and nominal defendant Silicon Storage Technology, Inc. ("SST") through their respective attorneys of record.

WHEREAS, Plaintiff filed his Complaint on July 18, 2006;

WHEREAS, Plaintiff served SST with the Complaint on July 24, 2006 but has not served any of the individual defendants;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

734294 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO.  C06-04388 JF

1  WHEREAS, SST has recently retained Cooley Godward LLP to represent it in this action;

2  WHEREAS, Plaintiff intends to move to consolidate this action with *Brien v. Yeh, et al.*,

3  Case No. C06-04388 JF; and

4  WHEREAS, SST has requested and Plaintiff has agreed that SST may have additional

5  time to respond to the Complaint;

6  IT IS HEREBY STIPULATED by and between the undersigned that the time for

7  SST to move to dismiss or otherwise respond to the Complaint has been extended to September

8  30, 2006.

9

10 IT IS SO STIPULATED.

11                                              Respectfully submitted,

12

13 Dated: August 14, 2006                       COOLEY GODWARD LLP

14

15                                              /s/
                                                _____
16                                              Grant P. Fondo (181530)
                                                ATTORNEYS FOR NOMINAL DEFENDANT
                                                SILICON STORAGE TECHNOLOGY, INC.

17

18 Dated: August 14, 2006                       BRAMSON, PLUTZIK, MAHLER &
                                                BIRKHAEUSER, LLP

19

20

21                                              _____
                                                Alan R. Plutzik
22                                              ATTORNEYS FOR PLAINTIFF BEHRAD
                                                BAZARGANI

23

24 IT IS SO ORDERED.                            US DISTRICT COURT JUDGE JEREMY FOGEL

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

734294 v1/PA                              2.                    STIPULATION AND [PROPOSED] ORDER
                                                                EXTENDING TIME TO RESPOND TO COMPLAINT
                                                                CASE NO. C06-04388 JF